963 A.2d 812

IN THE MATTER OF GEORGE J. KUNDRAT, AN ATTORNEY
AT LAW (ATTORNEY NO. 019871982).

January 15, 2009.

**ORDER**

This matter having been duly presented to the Court, it is
ORDERED that **GEORGE J. KUNDRAT** of **WESTIELD,** who
was admitted to the bar of this State in 1982, and who was
suspended from the practice of law for a period of three years
effective September 30, 2005, by Order of this Court filed May 30,
2008, be restored to the practice of law, effective immediately.